# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CK49 | E 1573182 | J. Goodman | I 190 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/14/2024 - 1910 | 21 USC 844(a) |

Place of Offense: Westbound Interstate 10
Golf Center Parkway Exit, Indio, Ca

Offense Description: Factual Basis for Charge    HAZMAT ☐

Simple Possession of a controlled substance

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Gutierrez-Aguirre | Alan | A |

Street Address: ▇▇▇▇▇▇▇

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| PSA41V | 42 | 07 | Honda Pilot | | Gold |

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 3470 Twelfth St
Riverside CA 92501

Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1573182*

CVB SCAN 11/29/2024 14:46

---

## STATEMENT OF PROBABLE CAUSE
### (For Issuance of an arrest warrant or summons)

I state that on November 14, 20 24 while exercising my duties as a law enforcement officer in the Central District of California

See Attached

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2024    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 3 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/29/2024 14:46

CVB SCAN 11/29/2024 14:46

# STATEMENT OF PROBABLE CAUSE
### ( for issuance of an arrest warrant or summons)

**VIOLATION #** ___E1573182___ **DEFENDANT** ___Alan GUITERREZ-AGUIRRE___

I state that on ___November 14, 2024___ while exercising my duties as a law

enforcement officer in the ___Central___ District of ___California___

I state on November 14, 2024, while exercising my duties as a Law enforcement officer for the United States Border Patrol in the Central District of California, based on my investigation and observations including but not limited to those set forth below, I believe that there is probable cause to support the charge issued in Violation Notice number E1573182

BPA Ruiz was parked alongside the Interstate 10 near Frontage rd., near Chiriaco Summit, CA. he noticed a vehicle passed his location and applied its brakes heavily. He decided to enter the interstate and follow the vehicle. He drove alongside the vehicle, and noticed the marked unit. After noticing the marked unit, the vehicle started to slow its speed dramatically. He observed a vehicle with four people in the car. The vehicle was stopped on Interstate 10 near Golf Center Parkway exit in the city of Indio, CA. The driver Alan GUITERREZ-Aguirre stated he was a United States resident and provided a resident card. The front passenger had a pending immigration court date.

The two rear passengers, Daniel CHAVEZ-GONZALEZ and Jorge CHAVEZ-GONZALEZ admitted to being citizens of Mexico illegally present in the United States. GUITERREZ was placed under arrest for alien smuggling and the passengers were subsequently placed under arrest for 8 USC 1325 Illegal Entry. All of the subjects were then transported to the Indio Border Patrol Station for further processing.

I Border Patrol Agent J. Goodman at the Indio Border Patrol Station in Indio, California, investigated the smuggling event. During the investigation I deployed my canie partner Dodo to conduct a sniff of the vehicle after the arrest of GUITERREZ. Dodo alerted to the vehicle by snapping his head in the direction of the driverside door. I noticed his reaction and placed him in the vehicle on the passenger side of the vehicle due to oncoming traffic. Dodo continued to hunt and placed his nose inside of the dash where the radio should have been. He then indicated by sitting and started to bark. I looked inside of the dash and found a small baggie with a white crystalike substaned inside. The baggie was taken to the Indio Border Patrol station where it was tested and weighed. At the station the contents were tested using a NIK test kit and it was found to have properties of Cocaine. The contents of the baggie weighed 1.3g. The Cocaine was seized and held for evidence. At the station GUITERREZ was presented with the evidence and he admitted it was his.

GUITERREZ was issued Ticket #E1573182 for 21 USC 844a, Simple possesion of a controlled substatance.
CVB Location Code CC49
Body cam footage available for Miranda warnings.
Refer to event IDO2511000014 for G-166.

The foregoing statement is based upon:

[ ] my personal observation        [X] my personal investigation

[X] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___November 14, 2024___                ___BPA J.Goodman___
Date                                          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date                                          U.S. Magistrate Judge